Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

```
FILED ___ LODGED
RECEIVED ___ COPY
JUL 3 1 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| | | |
|---|---|---|
| Name of Offender: | **Cheyne Christopher Kehoe** | Case No.: **CR-13-08223-002-PCT-GMS** |
| Name of Judicial Officer: | **The Honorable G. Murray Snow**<br>**Chief United States District Judge** | **SEALED** |
| Date of Original Sentence: | 6/23/2014 | |
| Original Offense: | **Felon in Possession of a Firearms 18 U.S.C. § 922(g)(1) and § 924(a)(2), a Class C Felony** | |
| Original Sentence: | **41 months Bureau of Prisons, 36 months supervised release** | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **9/16/2016**<br>Date Supervision Expires: **9/15/2019** |
| Assistant U.S. Attorney: | **Lacy Cooper**<br>602-514-7500 | Defense Attorney: **Keith J. Hilzendeger**<br>602-382-2781 |

Petitioning the Court to issue a Warrant.

The probation officer alleges Cheyne Christopher Kehoe has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #5** which states, "You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."<br><br>On or around July 26, 2019, Kehoe changed residence without a 10-day notification. As of July 30, 2019, he has failed to notify his probation officer of the change in residence. This is evidenced by the testimony of the probation officer. Grade C violation. §7B1.1(a)(3) |

Page 2
RE: Cheyne Christopher Kehoe
Petition to Revoke
July 30, 2019

    B    **Special Condition #4** which states, "You must not use or possess alcohol or alcoholic beverages."

        1) On or around May 2, 2019, Kehoe used alcohol as evidenced by a positive breathalyzer test and a self-admission. This is evidenced by the testimony of the probation officer. Grade C violation §7B1.1(a)(3).

        2) On or around May 21, 2019, Kehoe used alcohol as evidenced by a positive breathalyzer test and a self-admission. This is evidenced by the testimony of the probation officer. Grade C violation §7B1.1(a)(3).

        3) On or around June 10, 2019, Kehoe used alcohol as evidenced by a positive breathalyzer test and a self-admission. This is evidenced by the testimony of the probation officer. Grade C violation §7B1.1(a)(3).

Page 3
RE: Cheyne Christopher Kehoe
Petition to Revoke
July 30, 2019

**U.S. Probation Officer Recommendation and Justification**

Cheyne Christopher Kehoe has violated the trust of the Court. A warrant is recommended as Cheyne Christopher Kehoe's whereabouts are unknown and he is considered dangerous based on his extensive criminal history.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____   7/30/2019
Scott C. Talbott                Date
Senior U.S. Probation Officer
Office: 602-682-4396
Cell: 602-770-8310

_____ for   7/30/2019
Mariana Madrid                  Date
Supervisory U.S. Probation Officer
Office: 602-682-4390
Cell: 602-320-9703

The Court Orders

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_____   July 31, 2019
The Honorable G. Murray Snow    Date
Chief United States District Judge