IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-13-08223-002-PCT-GMS |
| Plaintiff, ) ) | **ORDER REVOKING SUPERVISED RELEASE** |
| vs. ) | |
| Cheyne Christopher Kehoe, ) USM #64339-061 ) | |
| Defendant. ) | |

A Petition for Warrant on Supervised Release violation has been filed and defendant has admitted the allegation that he violated Allegation A, Standard Condition #5 of his conditions of supervised release. The Court finds the defendant has violated the terms and conditions of supervised release and has considered the factors set forth in 18 U.S.C. §3583(e), U.S. Sentencing Commission Chapter 7 policy statements, as well as the original guideline range. Accordingly,

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is **REVOKED**.

**IT IS ORDERED** committing defendant to the custody of the Bureau of Prisons for a term of **TIME SERVED, followed by Supervised Release for SIX (6) MONTHS.**

**SUPERVISED RELEASE**

While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervision adopted in General Order 17-18. Of particular

importance, the defendant shall not commit another federal, state, or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances. Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released. The defendant shall comply with the following additional conditions:

1. You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

3. You are prohibited from owning, maintaining or using a firearm.

4. You must not use or possess alcohol or alcoholic beverages.

5. You must comply with a curfew and are restricted to your residence every day from 9:00 p.m. to 5:00 a.m., or as directed by the probation officer.

IT IS FURTHER ORDERED affirming any previous order imposing special assessment, fine or restitution in this case.

IT IS FURTHER ORDERED dismissing the remaining allegation(s) in the Petition on motion of the Government.

The defendant is advised of his right to appeal within 14 days.

DATED this 23rd day of September, 2019.

_____
G. Murray Snow
Chief United States District Judge