Petition12C – Rev. 6/18

```
X  FILED       ___ LODGED
___ RECEIVED   ___ COPY

    NOV 1 5 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## for

## Arizona

## Petition for Warrant

| | | |
|---|---|---|
| **Name of Offender:** | **Cheyne Christopher Kehoe** | Case No.: **CR-13-08223-002-PCT-GMS** |

**Name of Judicial Officer:** **The Honorable G. Murray Snow**
**Chief United States District Judge**

†‒ SEALED

**Date of Original Sentence:** **6/23/2014**

**Original Offense:** **Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and § 924(a)(2), a Class C Felony**

**Original Sentence:** **41 months Bureau of Prisons, 36 months supervised release**
**9/23/19: Supervised release revoked, time-served (23 days), 6 months supervised release**

**Type of Supervision:** **Supervised Release**    Date Supervision Commenced: **9/23/2019**
Date Supervision Expires: **3/22/2020**

**Assistant U.S. Attorney:** **Lacy Cooper**    Defense Attorney: **Joseph A. Duarte**
**602-514-7500**    **602-326-5882**

---

Petitioning the Court to issue a Warrant.

The probation officer alleges Cheyne Christopher Kehoe has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #4** which states, "You must answer truthfully the questions asked by your probation officer." |

1) On November 12, 2019, Kehoe failed to answer a question truthfully from his probation officer. The probation officer called Kehoe on his cellular telephone at approximately 9:12 p.m. and asked him what he was doing. Kehoe replied he was at home when in fact he was sitting in his vehicle in the parking lot are outside of his apartment. This is evidenced by the testimony of the probation officer. Grade C violation. §7B1.1(a)(3).

2) On November 12, 2019, Kehoe failed to answer a question truthfully from his probation officer. At approximately 9:14 p.m. Kehoe submitted to an alcohol breath test which revealed a blood-alcohol content of .194 percent. Upon questioning he initially reported he last consumed alcohol at 4:00pm that day. He later admitted he consumed

Page 2
RE: Cheyne Christopher Kehoe
Petition to Revoke
November 14, 2019

three alcoholic beverages 15 minutes prior to the contact. This is evidenced by the testimony of the probation officer. Grade C violation. §7B1.1(a)(3).

B    **Standard Condition #6** which states, "You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view."

On November 5, 2019, Kehoe failed to allow his probation officer to visit him at home by not answering his door from approximately 7:00 p.m. to 10:00 p.m. The probation officer attempted to contact Kehoe at his residence four times during this time period. Kehoe failed to answer the door in each instance. The probation officer later learned that Kehoe was at his residence during the attempts to contact him. This is evidenced by the testimony of the probation officer. Grade C violation. §7B1.1(a)(3).

C    **Special Condition #4** which states, "You must not use or possess alcohol or alcoholic beverages."

Kehoe used alcohol. On November 12, 2019, Kehoe submitted to an alcohol breath test which revealed a blood-alcohol content of .194 percent. This is evidenced by a positive breath test, a self-admission, and the testimony of the probation officer. Grade C violation §7B1.1(a)(3).

D    **Special Condition #5** which states, "You must comply with a curfew and are restricted to your residence every day from 9:00 p.m. to 5:00 a.m., or as directed by the probation officer."

On November 12, 2019, Kehoe failed to comply with his curfew as he was not in his residence by 9:00 p.m. This is evidenced by the testimony of the probation officer. Grade C violation §7B1.1(a)(3).

## U.S. Probation Officer Recommendation and Justification

Cheyne Christopher Kehoe has violated the trust of the Court. A warrant is recommended as Cheyne Christopher Kehoe is considered dangerous based on his continued use of alcohol.

Page 3
RE:  Cheyne Christopher Kehoe
Petition to Revoke
November 14, 2019


I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____                    11/14/2019
Scott C. Talbott                                     Date
Senior U.S. Probation Officer
Office:  602-682-4396
Cell: 602-770-8310

_____                    11/14/2019
Mariana Madrid                                       Date
Supervisory U.S. Probation Officer
Office:  602-682-4390
Cell: 602-320-9703


The Court Orders

☐     No Action
☑     The Issuance of a Warrant
☐     The Issuance of a Summons
☐     Other


_____                    11 / 15 / 19
The Honorable G. Murray Snow                          Date
Chief United States District Judge