1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7              FOR THE DISTRICT OF ARIZONA
8

9   United States of America,              )    CR-13-08223-002-PCT-GMS
                                           )
10              Plaintiff,                  )    **ORDER REVOKING**
                                           )    **SUPERVISED RELEASE**
11   vs.                                    )
                                           )
12   Cheyne Christopher Kehoe,             )
        USM #64339-061                     )
13                                          )
                Defendant.                  )
14                                          )
                                           )
15   _____)

16       A Petition for Warrant on Supervised Release violation has been filed and defendant

17   has admitted the allegation that he violated Allegation C, Special Condition #4 of his

18   conditions of supervised release.  The Court finds the defendant has violated the terms and

19   conditions of supervised release and has considered the factors set forth in 18 U.S.C.

20   §3583(e), U.S. Sentencing Commission Chapter 7 policy statements, as well as the original

21   guideline range.  Accordingly,

22       **IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release

23   is **REVOKED**.

24       **IT IS ORDERED** committing defendant to the custody of the Bureau of Prisons for

25   a term of **TEN (10) MONTHS**.

26       No Supervised Release to follow.

27       IT IS FURTHER ORDERED dismissing the remaining allegation(s) in the Petition

28   on motion of the Government.

The defendant is remanded into the custody of the United States Marshals Service.

The defendant is advised of his right to appeal within 14 days.

DATED this 23rd day of December, 2019.


G. Murray Snow
Chief United States District Judge